NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JEREMY MARTIN HAAR, | : |
| Plaintiff, | : |
| v. | Civ. No. 22-7595 (CCC) (LDW) |
| CFG HEALTH SERVICES, LLC, et al., | : **ORDER** |
| Defendants. | : |

This Court having screened plaintiff Jeremy Martin Haar's amended complaint (ECF No. 16) pursuant to 28 U.S.C. § 1915A;

IT IS on this 25th day of November 2024,

**ORDERED** that Plaintiff's amended complaint (ECF No. 16) shall be filed; and it is further

**ORDERED** that the § 1983 claims for deliberate indifference against defendants Michael Ojelade, Tracie Jean-Francois, and Marie Souprant may **PROCEED**; and it is further

**ORDERED** that all claims against defendants Essex County, CFG Health Services ("CFG"), William Anderson, Charles Green, Alfaro Ortiz, Guy Cirillo, Bing Gong, and Grace Melendez are **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Clerk of the Court shall issue summonses, and the United States Marshal shall serve a copy of the amended complaint (ECF No. 16), summons, and this Order upon defendants Ojelade, Jean-Francois, and Souprant pursuant to 28 U.S.C. § 1915(d), with all costs of service advanced by the United States; and it is further

**ORDERED** that defendants Ojelade, Jean-Francois, and Souprant shall, after being served, file and serve a responsive pleading within the time specified in Federal Rule of Civil Procedure 12, pursuant to 42 U.S.C. § 1997e(g)(2); and it is further

**ORDERED** that Plaintiff's motion to compel screening of the amended complaint (ECF No. 18) is **DENIED** as moot; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order and the accompanying Opinion upon Plaintiff by regular U.S. mail.

*/s/ Claire C. Cecchi*

_____
HON. CLAIRE C. CECCHI
United States District Judge